IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SLEEPY HOLLOW INVESTMENT COMPANY NO. 2.,<br><br>  Plaintiff,<br><br>  v.<br><br>PROTOTEK, INC., et al.,<br><br>  Defendants<br>_____/ | No. C-03-4792 MMC<br><br>**ORDER REFERRING TO MAGISTRATE JUDGE MOTION FOR ASSIGNMENT ORDER** |

    Before the Court is plaintiff's Motion for Assignment Order, filed October 31, 2005. Also before the Court is plaintiff's Certificate of Service of Motion for Assignment Order, filed November 23, 2005.[1]

    Pursuant to Civil Local Rule 72-1, it is HEREBY ORDERED that the above-referenced motion and the issue of whether service of the motion on the judgment debtors has been accomplished are referred to a magistrate judge, to be heard and considered at the convenience of said judge's calendar.

    Counsel will be advised of the date, time and place of the next appearance by notice from the chambers of the assigned magistrate judge.

    **IT IS SO ORDERED.**

Dated: December 5, 2005

                                      MAXINE M. CHESNEY
                                      United States District Judge

---

[1] By order filed November 7, 2005, the Court directed plaintiffs to file proof of service of the motion on the judgment debtors.