IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SLEEPY HOLLOW INVESTMENT COMPANY NO. 2,

        Plaintiff(s),

vs.

PROTOTEK, INC., et al.,

        Defendant(s).

No. C 03-4792 MMC (MEJ)

**NOTICE OF REFERENCE**

    Please take notice that this matter has been referred to the undersigned for purposes of determining plaintiff's Motion for Assignment Order, filed October 31, 2005, and the issue of whether service of the motion on the judgment debtors has been accomplished. Accordingly, the Court shall hold a hearing on January 26, 2006 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Plaintiff are directed to serve this Notice of Reference, as well as all papers relating to the motion for assignment order, on all defendants by December 22, 2005. Defendants shall file any opposition by January 5, 2006, and any reply shall be filed by January 12, 2006.

    **IT IS SO ORDERED.**

Dated: December 7, 2005

MARIA-ELENA JAMES
United States Magistrate Judge