IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SLEEPY HOLLOW INVESTMENT
COMPANY NO. 2,

        Plaintiff(s),

  vs.

PROTOTEK, INC., et al.,

        Defendant(s).

No. C 03-4792 MMC (MEJ)

**ORDER REQUESTING CLARIFICATION**

Pending before the Court is plaintiff's Motion for Assignment Order, filed October 31, 2005, as well as the issue of whether service of the motion on the judgment debtors has been accomplished. Upon review of the Certificate of Service of Motion for Assignment Order, filed in support of plaintiff's motion on November 23, 2005, it is unclear whether plaintiff accomplished service via the persons served as listed in the proof of service. Accordingly, the Court requests that plaintiff provide clarification on this issue. Specifically, plaintiff shall file a declaration providing the legal authority for why each person actually served may be considered for purposes of service on the judgment debtors. Plaintiff shall file said declaration as soon as possible, but no later than January 24, 2006.

**IT IS SO ORDERED.**

Dated: January 17, 2006

MARIA-ELENA JAMES
United States Magistrate Judge