IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SLEEPY HOLLOW INVESTMENT COMPANY NO. 2,<br><br>    Plaintiff(s),<br><br>vs.<br><br>PROTOTEK, INC., et al.,<br><br>    Defendant(s). | No. C 03-4792 MMC (MEJ)<br><br>**ORDER CONTINUING HEARING RE: PLAINTIFF'S MOTION FOR ASSIGNMENT ORDER** |

Pending before the Court is plaintiff's Motion for Assignment Order, with a hearing scheduled for January 26, 2006. Please take notice that the Court hereby CONTINUES the hearing to February 2, 2006 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: January 24, 2006

MARIA-ELENA JAMES
United States Magistrate Judge