Clifford R. Horner, Esq., State Bar No. 154353
Kevin P. Montee., State Bar No. 223822
**BERDING & WEIL LLP**
3240 Stone Valley Road West
Alamo, California 94507
Telephone:    925.838.2090
Facsimile:     925.820.5592

David A. Rabbino, Esq., State Bar No. 182291
**RESOLUTION LAW GROUP, P.C.**
3717 Mt. Diablo Boulevard
Suite 200
Lafayette, CA  94549
Telephone:    925.284.0840
Facsimile:     925.284.0870

Attorneys for Plaintiff
SLEEPY HOLLOW
INVESTMENT COMPANY NO. 2

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SLEEPY HOLLOW INVESTMENT COMPANY NO. 2,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>PROTOTEK, INC., a California corporation dba PROTOTEC, INC.; PROTOTEK II, INC., a Delaware corporation; ENZYME SYSTEM PRODUCTS, INC., an Indiana corporation; ICN BIOMEDICALS, INC., a Delaware corporation; ICN PHARMACEUTICALS, INC., a Delaware corporation; SAMUEL WAKSAL, an individual; JUDITH KINDER SMITH, an individual; ROBERT E. SMITH, and individual; and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No. C03 4792 MMC<br><br>ORDER GRANTING<br>**REQUEST FOR DISMISSAL** |

　　　Plaintiff SLEEPY HOLLOW INVESTMENT COMPANY NO. 2 hereby request the Clerk of the above-entitled Court enter a Dismissal, with prejudice, as to defendants ENZYME SYSTEM PRODUCTS, INC., an Indiana corporation; ICN BIOMEDICALS, INC., a Delaware

1 corporation; ICN PHARMACEUTICALS, INC., a Delaware corporation; SAMUEL WAKSAL,
2 an individual; JUDITH KINDER SMITH, an individual; and ROBERT E. SMITH, an individual.
3 Dated: July 28, 2006

**BERDING & WEIL, LLP**

By: _____
Clifford R. Horner
Attorneys for Plaintiff
SLEEPY HOLLOW
INVESTMENT COMPANY NO. 2

15 Dated: July 31, 2006

*IT IS SO ORDERED*
Judge Maxine M. Chesney
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA