1  Clifford R. Horner, Esq., State Bar No. 154353
   Kevin P. Montee, Esq., State Bar No. 223822
2  **HORNER & SINGER LLP**
   1646 N. California Blvd., #250
3  Walnut Creek, California 94596
   Telephone:   925/943-6570
4  Facsimile:   925/943-6888

5  Attorneys for Plaintiff
   SLEEPY HOLLOW INVESTMENT COMPANY NO. 2

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SLEEPY HOLLOW INVESTMENT COMPANY NO. 2,<br><br>    Plaintiff(s),<br><br>vs.<br><br>PROTOTEK, et al,<br><br>    Defendant(s), et al. | No. 03-CV-4792<br><br>ORDER APPROVING REQUEST FOR **SUBSTITUTION OF COUNSEL FOR SLEEPY HOLLOW INVESTMENT COMPANY NO. 2** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff SLEEPY HOLLOW INVESTMENT COMPANY NO. 2 hereby substitutes its counsel of record. Plaintiff SLEEPY HOLLOW INVESTMENT COMPANY NO. 2, wishes to substitute Clifford Horner, Esq. and his associate Kevin P. Montee, Esq. of Horner & Singer LLP, 1646 N. California Blvd., Suite 250, Walnut Creek, California, 94596, telephone number (925) 943-6570 in the place and stead of Berding & Weil, LLP;

IT IS HEREBY STIPULATED by and between SLEEPY HOLLOW INVESTMENT COMPANY NO. 2, and its above-listed counsel that Clifford R. Horner, Esq. and his associate

1  Kevin P. Montee, Esq. of Horner & Singer, LLP will substitute in as SLEEPY HOLLOW
2  INVESTMENT COMPANY NO 2's counsel of record in lieu of Berding & Weil, LLP.
3
4  Date: January 30, 2007　　　　　　　　　　**HORNER & SINGER LLP**
5
6　　　　　　　　　　　　　　　　　　　　　By: _/s/_____
7　　　　　　　　　　　　　　　　　　　　　CLIFFORD R. HORNER
　　　　　　　　　　　　　　　　　　　　　　KEVIN P. MONTEE
8　　　　　　　　　　　　　　　　　　　　　HORNER & SINGER LLP
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
9　　　　　　　　　　　　　　　　　　　　　SLEEPY HOLLOW INVESTMENT
　　　　　　　　　　　　　　　　　　　　　　COMPANY NO. 2
10
11
12
13  Date: January     , 2007　　　　　　　　**SLEEPY HOLLOW INVESTMENT**
　　　　　　　　　　　　　　　　　　　　　　**COMPANY NO. 2**
14
15　　　　　　　　　　　　　　　　　　　　By: _/s/_____
16　　　　　　　　　　　　　　　　　　　　ADAM HENDERSON
17
18
19  Date: January     , 2007　　　　　　　　**BERDING & WEIL LLP**
20
21　　　　　　　　　　　　　　　　　　　　By: _/s/_____
　　　　　　　　　　　　　　　　　　　　　　Jeffrey B. Cereghino
22　　　　　　　　　　　　　　　　　　　　BERDING & WEIL, LLP
23
24
25
26
27  Dated: February 27, 2007　　　　IT IS SO ORDERED
　　　　　　　　　　　　　　　　　　　　/s/ Maxine M. Chesney
28　　　　　　　　　　　　　　　　　　　Judge Maxine M. Chesney

SUBSTITUTION OF COUNSEL　　　　　　　　　　　　　　　　　　　　　　　　-2-