IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SLEEPY HOLLOW INVESTMENT COMPANY NO. 2,

    Plaintiff(s),

vs.

PROTOTEK, INC., et al.,

    Defendant(s).

No. C 03-4792 MMC (MEJ)

**ORDER SCHEDULING HEARING AND BRIEFING SCHEDULE RE: PLAINTIFF'S MOTION FOR RECONSIDERATION**

Before the Court is Plaintiff Sleepy Hollow Investment Company No. 2's Motion for Reconsideration. (Doc. #116.) Please take notice that the Court shall conduct a hearing on this matter on September 13, 2007 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Defendants shall serve and file any opposition by August 23, and Plaintiff shall file any reply by August 30, 2007. **Plaintiff shall serve this order upon all Defendants that are not actively registered with the e-filing system.**

    **IT IS SO ORDERED.**

Dated: August 7, 2007

                                              MARIA-ELENA JAMES
                                              United States Magistrate Judge